**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-two.

Darryl Mingo,

    Plaintiff - Appellee,

v.

Eric Augustyn, City of Buffalo Police Officer, Joseph Petronella, City of Buffalo Police Officer, Patrick Baggott, City of Buffalo Police Officer, City of Buffalo,

    Defendants - Cross Claimants - Cross Defendants - Appellants,

City of Buffalo Peace Officer,

    Defendant - Cross Claimant

Transwestern Investment Group LLC, George Bailey, John Doe,

    Defendants - Cross Defendants - Cross Claimants.

ORDER
Docket No: 22-324

Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 1, 2022 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before June 1, 2022. The appeal is dismissed effective June 1, 2022, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/16/2022